1044

[No. 6830-3-II. Division Two. January 10, 1984.]

*In the Matter of the Welfare of*
RICKEY LYNN MCCORMICK, ET AL.

Appeal from judgments of the Superior Court for Grays Harbor County, Nos. 6774, 6775, John H. Kirkwood, J., entered January 14, 1983. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Petrich, C.J., and Worswick, J.

[No. 6683-1-II. Division Two. January 10, 1984.]

*In the Matter of the Welfare of*
BONNIE MORGAN.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 81-7-00015-5, John W. Schumacher, J., entered October 8, 1982. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Petrich, C.J., and Worswick, J.

[No. 6127-9-II. Division Two. January 10, 1984.]

*In the Matter of the Estate of*
JOHN GILBERT HOGG.

Appeal from a judgment of the Superior Court for Pierce County, No. 92291, Waldo F. Stone, J., entered February 6, 1982. *Affirmed* by unpublished opinion per Petrich, C.J., concurred in by Petrie and Worswick, JJ.

[No. 6066-7-III. Division Three. January 10, 1984.]

*In the Matter of the Personal Restraint of*
MICHAEL GERALD CHRISTIANSON, *Petitioner.*

Petition for relief from personal restraint. *Dismissed* by unpublished per curiam opinion.